# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOSEPH JACKSON, | : | |
| Petitioner, | : | Civ. No. 17-3643 (RBK) |
| v. | : | |
| WARDEN MARK KIRBY, | : | **MEMORANDUM AND ORDER** |
| Respondent. | : | |

Petitioner is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This Court has not received a filing fee from petitioner, nor has he filed an application to proceed *in forma pauperis*. Therefore, this matter will be administratively terminated. Petitioner shall be given thirty days in which to reopen this action by either paying the $5.00 filing fee or submitting an application to proceed *in forma pauperis*.

Accordingly, IT IS this  25th  day of May, 2017,

ORDERED that the Clerk shall administratively terminate this case for petitioner's failure to pay the requisite filing fee of $5.00 or submit a complete application to proceed *in forma pauperis*, and it is further

ORDERED that if petitioner wishes to reopen this action, he shall notify the Court within thirty (30) days of the date of entry of this Order, in writing; petitioner's writing shall include the $5.00 filing fee or a complete application to proceed *in forma pauperis*; and it is further

ORDERED that the Clerk shall serve a copy of this Order on petitioner by regular U.S. mail as well as a copy of the blank form of a prisoner applying for *in forma pauperis* status in a habeas corpus case.

s/Robert B. Kugler  
ROBERT B. KUGLER  
United States District Judge